IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ANNIE TUMMINO, *et al*.,

                 Plaintiffs,

                                                    CV-12-0763 (ERK/VVP)

v.

MARGARET HAMBURG, *et al.,*

                 Defendants.

-------------------------------------------------------------------------X

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR FIRST SUPPLEMENTAL COMPLAINT AND ADD PLAINTIFFS**

      Plaintiffs, Annie Tummino, *et al*. ("Plaintiffs"), respectfully move this Court pursuant to the Federal Rules of Civil Procedure 15 and 20 for leave to file an amended supplemental complaint adding Tracy Gaffin as a plaintiff on behalf of her minor children, and adding Anaya Kelly, a minor, as plaintiff through her next of friend, Amber Kelly (together "Additional Plaintiffs").   The Additional Plaintiffs' claims involve the same issues of fact and law as Plaintiffs' claims, as more fully set forth in the supporting memorandum of law Plaintiffs have filed herewith.

Dated: May 23, 2012
      New York, New York

                                    Respectfully submitted,

                                    /s/ *Suzanne Novak*
                                  **SUZANNE NOVAK**
                                  **JANET CREPPS\***
                                  Center for Reproductive Rights
                                  120 Wall Street, 14th Floor

New York, NY 10005
(917) 637-3600

*Attorneys for all Plaintiffs*

**ANDREA COSTELLO\*∞**
Partnership for Civil Justice Fund
617 Florida Avenue, NW
Washington, D.C. 20001
(202) 232-1180 (phone)
(202) 747-7747 (fax)
ac@justiceonline.org

**KIRSTEN CLANTON\***
Southern Legal Counsel, Inc.
1229 NW 12th Ave.
Gainesville, FL 32601
(352) 271-8890

*Attorneys for Plaintiffs Tummino, Mahoney,*
*Giardina, Mangan, Seguin, Tinney, Brown*
*Churchill, Hunt and Kelly*

**JANICE MAC AVOY**
**RACHEL G. KRAVITZ**
**SONYA TIEN**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

*Of Counsel*

\*Admitted *pro hac vice*
∞Admission to D.C. Bar pending. Member of the
Bars of Florida and New York. Practicing under
supervision of a member of the District of Columbia
Bar.

2