## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANNIE TUMMINO, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br> v.  )<br>  )<br>MARGARET HAMBURG, Commissioner  )<br>of Food and Drugs, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 12-CV-763<br><br>(Korman, J.)<br>(Pohorelsky, M.J.) |

### NOTICE

Defendants respectfully notify the Court that they do not oppose Plaintiffs' motion for leave to amend the first amended supplemental complaint [Doc. No. 54], but reserve the right to move to dismiss the newly amended complaint for lack of jurisdiction.

Dated: June 4, 2012                                                     Respectfully submitted,

*Of Counsel:*                                                                   STUART F. DELERY
                                                                                       Acting Assistant Attorney General

DAVID J. HOROWITZ
Deputy General Counsel                                              LORETTA E. LYNCH
                                                                                       United States Attorney
ELIZABETH H. DICKINSON                                       Eastern District of New York
Chief Counsel
Food and Drug Division                                            IAN HEATH GERSHENGORN
                                                                                       Deputy Assistant Attorney General
ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation                               SHEILA LIEBER
                                                                                       Deputy Director, Federal Programs Branch
SCOTT A. KAPLAN
Assistant Chief Counsel                                              F. FRANKLIN AMANAT
U.S. Department of Health & Human Services       Assistant United States Attorney
Office of General Counsel                                         271 Cadman Plaza East, 7th Floor
10903 New Hampshire Avenue                                Brooklyn, NY  11201-1820
Silver Spring, MD 20993-0002                                 Telephone: (718) 254-6024

   /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER
Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of June 2012, I caused the foregoing document to be served on Plaintiffs' counsel of record electronically by means of the Court's CM/ECF system.

                /s/ *Eric B. Beckenhauer*
                ERIC B. BECKENHAUER