IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIE TUMMINO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 12-CV-763 |
| ) | |
| MARGARET HAMBURG, Commissioner ) | (Korman, J.) |
| of Food and Drugs, *et al.*, ) | (Pohorelsky, M.J.) |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants hereby move for summary judgment on Count I of the Second Amended Supplemental Complaint for the reasons set forth in Defendants' response to the Court's order to show cause [Case No. 12-763, Doc. No. 23] and Defendants' opposition to Plaintiffs' motion for a preliminary injunction and for summary judgment [Case No. 12-763, Doc. No. 37], in addition to those set forth in the accompanying memorandum.  *See* Fed. R. Civ. P. 56.

Because most of the relevant issues have already been extensively briefed, Defendants incorporate their previous arguments by reference to avoid burdening the Court with repetitive papers.  The accompanying memorandum addresses only those issues that, in Defendants' view, would benefit from further briefing.

Dated: July 20, 2012

*Of Counsel:*

DAVID J. HOROWITZ
Deputy General Counsel

ELIZABETH H. DICKINSON
Chief Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

SCOTT A. KAPLAN
Assistant Chief Counsel
U.S. Department of Health & Human Services
Office of General Counsel
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

SHEILA LIEBER
Deputy Director, Federal Programs Branch

F. FRANKLIN AMANAT
Assistant United States Attorney
271 Cadman Plaza East, 7th Floor
Brooklyn, NY  11201-1820
Telephone: (718) 254-6024

 /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER
Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Attorneys for Defendants*