Scan + ...
CV12-763 (ERK)

Judge Carol Bagley Amon,

I've spoken unto one of your representatives when I called your telephone number (718) 613-2410 and she told me to send you a fax about what I had spoken unto her about. Judge Amon, I see that you are the Chief Justice over Judge Edward Korman. I've spoken unto Plan B One Step and had them call me back to speak unto me. The makers of Plan B One Step was not happy when Judge Edward Korman issued his ruling on April 5th stating that Plan B One Step will be sold over the counter unto girls of any age and for any reason starting in 30 days of his ruling on April 5th. This means this action will start on May 5th in all of America. Judge Edward Korman stated that only an appeal of his April 5th ruling by another judge will stop this from happening. Judge Amon you are Judge Edward Korman's chief and able to appeal this April 5th ruling before it starts on May 5th, but it's April 22nd and you don't have much time to do anything. Plan B One Step states on their boxes that Plan B One Step is to be taken by women 17 years or older. Plan B One Step requires anyone younger to have a doctor's prescription before they can buy Plan B One Step. These words are listed on every box of Plan B One Step. Plan B One Step is extremely concerned about Judge Korman's April 5th ruling to sell Plan B One Step over the counter, unto girls of any age and for any reason beginning May 5th. For Plan B One Step warned than girls younger than 17 must have a doctor's prescription before they can buy Plan B One Step, because if any harm or death comes unto these younger girls that took Plan B One Step, the doctors who prescribed the drug was held accountable for this harm and death. But Judge Edward Korman's April 5th ruling will have Plan B One Step sold over the counter unto girls of any age and for any reason beginning May 5th. This will have girls of any age buy Plan B One Step and girls can wait several days after having sex before using Plan B One Step. This ruling of Judge Korman scares Plan B One Step, because younger girls will no longer need a prescription to buy Plan B One Step. This means that doctors will not be held accountable for any harm or death that taking Plan B One Step pills may cause. Plan B One Step will be held accountable for any harm or death their drug may cause unto unto girls of any age that buy Plan B One Step over the counter. Judge Korman also ruled that a girl of any girl can buy Plan B One Step for any reason. This means that girl can buy Plan B One Step to use this drug after they have become pregnant already or several days after having sex. Plan B One Step will also be held accountable for any harm or deaths caused by their drug, even if Plan B One Step is misused, because they allowed the misuse of their drug and did not stop this misuse. This is saying that alcohol use is legal, but if the manufacturers of alcohol gave it away, the manufacturers would be held accountable for any damage done by it's users. Many lawsuits will be filed against Plan B One Step, if Judge Korman's April 5th ruling to sell Plan B One Step over the counter unto girls of any age and for any reason becomes law on May 5th. Parents will sue Plan B One Step for damages, hospital bills and money, because it was Plan B One Step pills that hurt their girl. Should this happen or should you appeal Judge Korman's April 5th ruling before it becomes law on May 5th? Plan B One Step says if a girl takes more than one at a time to call Poison Control, because taking more than one Plan B One Step pill at time can kill you. Judge Korman ruled this did not matter, because a girl can be any age and take Plan B One Step for any reason. How many girls will this kill, because the girls will take more than one Plan B One Step pill at a time? Plan B One Step also says that their pill is to be taken the day after having sex, but Judge Korman ruled this does not have to done. Judge Korman stated Plan B One Step can be taken at any time and for any reason. Plan B One Step warns that if a girl waits until the second or third day after having sex to take Plan B One Step, it can cause a deformed pregnancy, killing both the mother and child. This is why Plan B One Step wanted and required a doctor's prescriptions for girls younger than 17 before they could buy Plan B One Step. Judge Korman's April 5th just says that Plan B One Step will be sold over the counter unto girls of any age and for any reason starting May 5th, unless a judge appeals Judge Korman's ruling before it starts. Plan B One Step plan to hold Judge Korman accountable for this ruling, if they receive constant lawsuits for his actions. Judge Amon, you know that you are able to stop Judge Korman's April 5th by appealing it yourself. You are a judge and should know that since you have knowledge of these actions, Plan B One Step and others can hold you accountable for the harm that comes unto their family, because you knew about Judge Korman's ruling, knew what was coming and did nothing to stop it. I send you a copy of the front and back of a Plan B One Step box. Plan B One Step is no longer made by Duramed, but another pharmacy led in Israel. Judge Amon stand to appeal Judge Korman's April 5th ruling before it's too late.

Dr. Jacob Johnson
P.O. Box 1264
Welcome, N.C. 27374
(336)731-2188

| **Drug Facts** | **Drug Facts** (continued) |
|---|---|
| **Active ingredient**                  **Purpose** <br> Levonorgestrel 1.5mg................Emergency contraceptive | **Other information** <br> ■ before using this product read the enclosed consumer information leaflet for complete directions and information <br> ■ this product is not recommended for regular birth control. It does not work as well as most other birth control methods used correctly. <br> ■ this product works mainly by preventing ovulation (egg release). It may also prevent fertilization of a released egg (joining of sperm and egg) or attachment of a fertilized egg to the uterus (implantation). <br> ■ when used correctly every time you have sex, latex condoms greatly reduce, but do not eliminate, the risk of pregnancy and the risk of catching or spreading HIV, the virus that causes AIDS. See condom labeling for additional STD information. <br> ■ tablet is enclosed in a blister seal. Do not use if the blister seal is broken. <br> ■ store at 20-25°C (68-77°F) |
| **Use**  reduces chance of pregnancy after unprotected sex (if a contraceptive failed or if you did not use birth control) | |
| **Warnings** <br> **Allergy alert:** Do not use if you have ever had an allergic reaction to levonorgestrel | |
| **Sexually transmitted diseases (STDs) alert:** This product does not protect against HIV/AIDS or other STDs | |
| **Do not use** <br> ■ if you are already pregnant (because it will not work) <br> ■ for regular birth control | |
| **When using this product you may have** <br> ■ menstrual changes    ■ tiredness    ■ dizziness <br> ■ nausea    ■ headache    ■ breast pain <br> ■ lower stomach (abdominal) pain    ■ vomiting | |
| **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control center right away. | **Inactive ingredients** <br> colloidal silicon dioxide, corn starch, lactose monohydrate, magnesium stearate, potato starch, talc |
| **Directions** <br> ■ women 17 years of age or older: <br>    ■ take tablet as soon as possible within 72 hours (3 days) after unprotected sex. The sooner you take it the better it will work. <br>    ■ if you vomit within 2 hours of taking the medication, call a healthcare professional to find out if you should repeat the dose <br> ■ prescription only for women younger than age 17. If you are younger than age 17, see a healthcare professional. ▶ | **☎ Questions or comments?** <br> For more information or to speak to a healthcare professional, call 1-800-330-1271, 24 hours a day/7 days a week. Visit our Web site at www.PlanBOneStep.com |



Mfg. by Gedeon Richter, Ltd., Budapest, Hungary
for Duramed Pharmaceuticals, Inc.
Subsidiary of Barr Pharmaceuticals, Inc.
Pomona, New York 10970

©2005 Duramed Pharmaceuticals, Inc.

3  51285 94288  3

Place Label Here

NDC 51285-942-88

Rx only for women
younger than age 17

# Plan B
# One-Step



emergency Contraceptive

Reduces the chance of pregnancy after
unprotected sex (if a regular birth control
method fails or after sex without birth control)
Not for regular birth control.

One tablet
One Dose

- Take as soon as possible
  within 72 hours (3 days)
  after unprotected sex.
  The sooner you take it, the
  better Plan B One-Step
  will work.