UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

CHAMBERS OF
HONORABLE CAROL BAGLEY AMON
CHIEF JUDGE

April 23, 2013

Dr. Jacob Johnson
PO Box 1264
Welcome, NC 27374

Tummino, et al. v. Hamburg, et al.
CV12-0763 (ERK)

Dear Dr. Johnson:

I am in receipt of your letter requesting that I "stop" the decision of Judge Edward Korman regarding Plan B One Step Emergency Contraceptive by "appealing" it.

Please be advised that my position as Chief Judge gives me no authority to reverse a decision of a judge of my court nor do I have standing to appeal it. A challenge to that decision can only be made by one of the parties by an appeal to the Second Circuit Court of Appeals.

Very Truly Yours,

/s/ CBA

Carol Bagley Amon
Chief, U.S. District Judge

cc: Hon. Edward R. Korman, U.S.D.J.