UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Annie TUMMINO, *et al.*, | ) |
| | ) |
|       *Plaintiffs*, | ) No. 12-CV-763 (ERK/VVP) |
| v. | ) |
| | ) (Korman, J.) |
| Dr. Margaret HAMBURG, Commissioner of Food and Drugs, *et al.*, | ) (Pohorelsky, M.J.) |
| | ) |
|       *Defendants*. | ) |
| | ) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that defendants Dr. Margaret Hamburg, Commissioner of Food and Drugs, and the Honorable Kathleen Sebelius, Secretary of Health and Human Services, hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment of this Court entered on April 10, 2013 (ECF No. 87), and this Court's Memorandum and Order of April 5, 2013 (ECF No. 85).

Dated:   May 1, 2013                                      Respectfully submitted,

STUART F. DELERY                                          LORETTA E. LYNCH
Acting Assistant Attorney General                         United States Attorney
Civil Division                                            Eastern District of New York
                                                          271 Cadman Plaza East
IAN HEATH GERSHENGORN                                     Brooklyn, NY 11201-1820
Deputy Assistant Attorney General

SHEILA LIEBER                                    By:  /s/ {FILED ELECTRONICALLY}
Deputy Director,                                          F. FRANKLIN AMANAT (FA6117)
Federal Programs Branch                                   Assistant United States Attorney
                                                          Eastern District of New York
ERIC B. BECKENHAUER                                       (718) 254-6024
Trial Attorney,                                           franklin.amanat@usdoj.gov
Federal Programs Branch

United States Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 514-3338

*Of Counsel*:
    DAVID J. HOROWITZ, Deputy General Counsel
    ELIZABETH H. DICKINSON, Chief Counsel, Food and Drug Division
    ANNAMARIE KEMPIC, Deputy Chief Counsel, Litigation, Food and Drug Division
    SCOTT A. KAPLAN, Assistant Chief Counsel, Food and Drug Division
        United States Department of Health and Human Services
        Office of the General Counsel
        10903 New Hampshire Avenue
        Silver Spring, MD 20993-0002

**CERTIFICATE OF SERVICE**

  I, F. Franklin Amanat, hereby certify under penalties of perjury that on this 1th day of May, 2013, I did cause true and correct copies of the above and foregoing instruments, Notice of Appeal, to be served by electronic mail and ECF notification on the following persons:

    Janet Crepps, Esq.
    Center for Reproductive Rights
    120 Wall Street, 14th Floor
    New York, NY 10005
    snovak@reprorights.org
    jcrepps@reprorights.org

    Andrea Costello, Esq.
    Florida Institutional Legal Services
    14260 W. Newberry Road, #412
    Newberry, FL 32669
    acostello@filsinc.org

    Kirsten Clanton
    Southern Legal Counsel, Inc.
    1229 NW 12th Ave.
    Gainesville, FL 32601
    kirsten.clanton@southernlegal.org

    Michael D. Shumsky
    Kirkland & Ellis LLP
    655 15th Street NW, Suite 1200
    Washington DC 20005
    mshumsky@kirkland.com

       /s/ {SIGNED ELECTRONICALLY}
       F. FRANKLIN AMANAT (FA6117)
       Assistant United States Attorney
       Eastern District of New York
       (718) 254-6024
       franklin.amanat@usdoj.gov