UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Annie TUMMINO, *et al.*, | ) <br> ) |
| *Plaintiffs*, | ) No. 12-CV-763 (ERK/VVP) |
| v. | ) <br> ) (Korman, J.) |
| Dr. Margaret HAMBURG, Commissioner of Food and Drugs, *et al.*, | ) (Pohorelsky, M.J.) <br> ) |
| *Defendants*. | ) <br> ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on a date and at a time to be set by the Court, or as soon thereafter as counsel can be heard, in the Courtroom of the Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, defendants Dr. Margaret Hamburg, Commissioner of Food and Drugs, and the Honorable Kathleen Sebelius, Secretary of Health and Human Services, will move this Honorable Court, pursuant to Fed. R. Civ. P. 62(c) and Fed. R. App. P. 8(a)(1)(A), (C), for an order staying the judgment of this Court entered on April 10, 2013 (ECF No. 87), and this Court's Memorandum and Order of April 5, 2013 (ECF No. 85), pending appeal to the United States Court of Appeals for the Second Circuit.

If the Court is not inclined to grant the motion for a stay pending appeal, the government moves for a temporary administrative stay of the Court's Order and judgment pending resolution by the Court of Appeals of a stay motion to that court under FRAP 8(a)(2). Such an administrative stay would allow both this Court and the Court of Appeals to consider a stay pending appeal on a non-emergency basis, with full briefing. If this Court enters a temporary administrative stay but denies a stay pending appeal, defendants will promptly inform this Court of any Court of Appeals decision regarding a stay pending appeal. In view of the short time before

the government is required to take steps to comply with the Court's order, which is effective on May 6, we respectfully request a ruling on the stay motion by the end of the day on Thursday, May 2, so that, if necessary, we may seek an emergency stay from the Court of Appeals.

In support of the instant motion, the government respectfully relies on the Memorandum of Law and the Declaration of Dr. Janet Woodcock (with exhibit), which are filed herewith, and copies of which have been served on counsel for the plaintiffs in accordance with the certificate of service.

Dated:     May 1, 2013                              Respectfully submitted,

STUART F. DELERY                                    LORETTA E. LYNCH
Acting Assistant Attorney General                   United States Attorney
Civil Division                                      Eastern District of New York
                                                    271 Cadman Plaza East
IAN HEATH GERSHENGORN                               Brooklyn, NY 11201-1820
Deputy Assistant Attorney General

SHEILA LIEBER                                By:  /s/ {FILED ELECTRONICALLY}
Deputy Director,                                    F. FRANKLIN AMANAT (FA6117)
Federal Programs Branch                             Assistant United States Attorney
                                                    Eastern District of New York
ERIC B. BECKENHAUER                                 (718) 254-6024
Trial Attorney,                                     franklin.amanat@usdoj.gov
Federal Programs Branch

United States Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 514-3338

*Of Counsel*:
    DAVID J. HOROWITZ, Deputy General Counsel
    ELIZABETH H. DICKINSON, Chief Counsel, Food and Drug Division
    ANNAMARIE KEMPIC, Deputy Chief Counsel, Litigation, Food and Drug Division
    SCOTT A. KAPLAN, Assistant Chief Counsel, Food and Drug Division
        United States Department of Health and Human Services
        Office of the General Counsel
        10903 New Hampshire Avenue
        Silver Spring, MD 20993-0002

**CERTIFICATE OF SERVICE**

    I, F. Franklin Amanat, hereby certify under penalties of perjury that on this 1th day of May, 2013, I did cause true and correct copies of the above and foregoing instruments, Notice of Defendant's Motion for Stay pending Appeal, together with a Memorandum of Law in Support thereof, and a Declaration of Janet Woodcock, M.D., with exhibit, to be served by electronic mail and ECF notification on the following persons:

        Janet Crepps, Esq.
        Center for Reproductive Rights
        120 Wall Street, 14th Floor
        New York, NY 10005
        snovak@reprorights.org
        jcrepps@reprorights.org

        Andrea Costello, Esq.
        Florida Institutional Legal Services
        14260 W. Newberry Road, #412
        Newberry, FL 32669
        acostello@filsinc.org

        Kirsten Clanton
        Southern Legal Counsel, Inc.
        1229 NW 12th Ave.
        Gainesville, FL 32601
        kirsten.clanton@southernlegal.org

        Michael D. Shumsky
        Kirkland & Ellis LLP
        655 15th Street NW, Suite 1200
        Washington DC 20005
        mshumsky@kirkland.com

                /s/ {SIGNED ELECTRONICALLY}
                F. FRANKLIN AMANAT (FA6117)
                Assistant United States Attorney
                Eastern District of New York
                (718) 254-6024
                franklin.amanat@usdoj.gov