DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration
Silver Spring  MD  20993

NDA 021998/S-002

**SUPPLEMENT APPROVAL**

Teva Branded Pharmaceutical Products R&D, Inc.
Attention: Amy Hummel, M.S.
Associate Director, Regulatory Affairs
41 Moores Road, P.O. Box 4011
Frazer, PA 19355

Dear Ms. Hummel:

Please refer to your supplemental new drug application dated and received February 7, 2011, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Plan B One-Step® (levonorgestrel) tablet, 1.5 mg.

We also refer to your submissions dated March 9, 2012, June 11, 2012, June 27, 2012, March 13, 2013, April 4, 2013, and April 15, 2013. The March 9, 2012, submission constituted a complete response to our December 7, 2011 action letter.  This "Prior Approval" supplemental new drug application provides for making Plan B One-Step available over the counter to women of childbearing potential aged 15 years and over who are in need of emergency contraception.

We note that the approved labeling contains the language "not for sale to those under 15 years of age * proof of age required * not for sale where age cannot be verified."  Therefore, you must have appropriate mechanisms in place to ensure that the age of the purchaser is verified at the point of purchase.

We also note and agree with your plan to audit retail outlets, described in your submission dated March 13, 2013, that is designed to assure consumer compliance with the approved labeling.  We request that you submit a report of your findings for review by the agency upon completion.

We have completed our review of this application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the agreed-upon labeling text.

**LABELING**

Submit final printed labeling, as soon as it is available, but no more than 30 days after it is printed.  The final printed labeling (FPL) must be identical to the enclosed labeling:

Case 1:12-cv-00763-ERK-VVP   Document 91-3   Filed 05/01/13   Page 2 of 10 PageID #: 2224

- immediate container labels (1-count blister) submitted on October 21, 2011,
- clinic and retail outer carton labels submitted on April 15, 2013,
- clamshell label front and back cards (Product identification cards) submitted on April 15, 2013, and
- consumer information leaflet submitted on December 7, 2011

and must be in the "Drug Facts" format (21 CFR 201.66), where applicable.

The final printed labeling should be submitted electronically according to the guidance for industry titled "Providing Regulatory Submissions in Electronic Format – Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (June 2008)." Alternatively, you may submit 12 paper copies, with 6 of the copies individually mounted on heavy-weight paper or similar material. For administrative purposes, designate this submission "**Final Printed Labeling for approved NDA 021998/S-002**." Approval of this submission by FDA is not required before the labeling is used.

## DRUG REGISTRATION AND LISTING

All drug establishment registration and drug listing information is to be submitted to FDA electronically, via the FDA automated system for processing structured product labeling (SPL) files (eLIST). At the time that you submit your final printed labeling (FPL), the content of labeling (Drug Facts) should be submitted in SPL format as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm. Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf. In addition, representative container or carton labeling, whichever includes Drug Facts, (where differences exist only in the quantity of contents statement) should be submitted as a JPG file.

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because none of these criteria apply to your application, you are exempt from this requirement.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Doris J. Bates, Ph.D., Senior Regulatory Project Manager, at (301) 796-1040.

        Sincerely,

        *{See appended electronic signature page}*

        Shaw T. Chen, M.D., Ph.D.,
        Director (Acting)
        Division of Nonprescription Clinical Evaluation
        Office of Drug Evaluation IV
        Center for Drug Evaluation and Research

ENCLOSURE(S):
    Carton and Container Labeling
    Product Identification Cards
    Consumer Information Leaflet



Reference ID: 3301801







Reference ID: 3301801



**What is Plan B One-Step®?**
Plan B One-Step® is emergency contraception that helps prevent pregnancy after birth control failure or unprotected sex. It is a **backup** method of preventing pregnancy and should not be used as regular birth control.

**What Plan B One-Step® is not.**
Plan B One-Step® will not work if you are already pregnant and will not affect an existing pregnancy. Plan B One-Step® will not protect you from HIV infection (the virus that causes AIDS) and other sexually transmitted diseases (STDs).

**When should I use Plan B One-Step®?**
The sooner you take emergency contraception, the better it works. You should use Plan B One-Step® within 72 hours (3 days) **after you have had unprotected sex.**

Plan B One-Step® is a backup or emergency method of birth control you can use when:
- your regular birth control was used incorrectly or failed
- you did not use any birth control method

**When not to use Plan B One-Step®.**
Plan B One-Step® should not be used:
- as a regular birth control method, because it's not as effective as regular birth control.
- if you are already pregnant, because it will not work.
- if you are allergic to levonorgestrel or any other ingredients in Plan B One-Step®.

**How does Plan B One-Step® work?**
Plan B One-Step® is one tablet with levonorgestrel, a hormone that has been used in many birth control pills for several decades. Plan B One-Step® contains a higher dose of levonorgestrel than birth control pills, but works in a similar way to prevent pregnancy. It works mainly by stopping the release of an egg from the ovary. It is possible that Plan B One-Step® may also work by preventing fertilization of an egg (the uniting of sperm with the egg) or by preventing attachment (implantation) to the uterus (womb).

**How can I get the best results from Plan B One-Step®?**
You have 72 hours (3 days) to try to prevent pregnancy after birth control failure or unprotected sex. **The sooner you take Plan B One-Step®, the better it works.**

**How effective is Plan B One-Step®?**
If Plan B One-Step® is taken as directed, it can significantly decrease the chance that you will get pregnant. About 7 out of every 8 women who would have gotten pregnant will not become pregnant.

**How will I know Plan B One-Step® worked?**
You will know Plan B One-Step® has been effective when you get your next period, which should come at the expected time, or within a week of the expected time. If your period is delayed beyond 1 week, it is possible you may be pregnant. You should get a pregnancy test and follow up with your healthcare professional.

**Will I experience any side effects?**
- some women may have changes in their period, such as a period that is heavier or lighter or a period that is early or late. **If your period is more than a week late, you may be pregnant.**
- if you have severe abdominal pain, you may have an ectopic pregnancy, and should get immediate medical attention.
- when used as directed, Plan B One-Step® is safe and effective. Side effects may include changes in your period, nausea, lower stomach (abdominal) pain, tiredness, headache, dizziness, and breast tenderness.
- if you vomit within 2 hours of taking the medication, call a healthcare professional to find out if you should repeat the dose.

**What if I still have questions about Plan B One-Step®?**
If you have questions or need more information, call our toll-free number, 1-800-330-1271, or visit our website at www.PlanBOneStep.com.

**Other Information**

**Keep out of reach of children:**
In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

**Do not use if the blister seal is opened.**
Store at room temperature 20–25°C (68–77°F).

**Active ingredient:** levonorgestrel 1.5 mg
**Inactive ingredients:** colloidal silicon dioxide, potato starch, magnesium stearate, talc, corn starch, lactose monohydrate

1-800-330-1271
www.PlanBOneStep.com



Plan B One-Step®
levonorgestrel
**Emergency Contraceptive**
One Tablet. One Step.
*What You Need to Know*
799-33-100269

If you are sexually active, you should see a healthcare provider for routine checkups. Your healthcare provider will talk to you about and, if necessary, test you for sexually transmitted diseases, teach you about effective methods of routine birth control, and answer any other questions you may have.

©2011 Teva Women's Health, Inc.
TEVA WOMEN'S HEALTH
Rev. A 12/2011

Reference ID: 3301801

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

SHAW T CHEN

04/30/2013