UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNIE TUMMINO, *et al.*,

                Plaintiffs,                            **ORDER**

        - against -                                 No. 12-CV-763 (ERK)(VVP)

MARGARET HAMBURG, Commissioner
of Food and Drugs, *et al.*

                Defendants.
-----------------------------------------------------------------X

KORMAN, J.:

      The parties are advised that the 30 day deadline for compliance with my order runs from the date of judgment, April 10, 2013. Plaintiffs may have until noon on Monday, May 6 to file a response to the defendants' motion for a stay. I will hear oral argument on the motion at 11AM on Tuesday, May 7. The parties are also advised that, in the event that I deny a stay pending appeal, I will grant a stay to allow the defendants to seek a stay from the Court of Appeals.

                                                                          SO ORDERED.

Brooklyn, New York
May 2, 2013

                                                             *Edward R. Korman*
                                                           Edward R. Korman
                                                           Senior United States District Judge