LAW OFFICES
## PARTNERSHIP FOR CIVIL JUSTICE FUND
617 FLORIDA AVENUE, NW
WASHINGTON, D.C. 20001

CO-FOUNDERS:
CARL MESSINEO*
MARA VERHEYDEN-HILLIARD*
*ADMITTED IN D.C. AND N.Y.

TELEPHONE: (202) 232-1180
FACSIMILE:  (202) 747-7747

June 11, 2013

**VIA ELECTRONIC COURT FILING**
**AND ELECTRONIC MAIL**

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Tummino, et al. v. Hamburg, et al.***
             **Case No. 12-CV-763 (ERK/VVP)**

Dear Judge Korman:

      On behalf of Plaintiffs in the above referenced action, we write to advise the Court that Plaintiffs will be filing a response on June 12, 2013, to the letter filed yesterday, June 10, 2013, (ECF No. 103) by Defendants in this case.

      Thank you for Your Honor's attention concerning this matter.

                                      Respectfully submitted,

                            By:   /s/ Andrea Costello
                                  Andrea Costello*
                                  Partnership for Civil Justice Fund
                                  617 Florida Avenue, NW
                                  Washington, D.C. 20001
                                  (202) 232-1180 (phone)
                                  (202) 747-7747 (fax)
                                  ac@justiceonline.org

                                  *Attorney for Plaintiffs Tummino,*
                                  *Mahoney, Giardina, Mangan,*

*Seguin, Tinney, Brown, Churchill and Hunt*

\*Admitted Pro hac vice

**JANET CREPPS\***
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3600

*Attorneys for all Plaintiffs*

**KIRSTEN CLANTON\***
Southern Legal Counsel, Inc.
1229 NW 12th Ave.
Gainesville, FL 32601
(352) 271-8890

*Attorneys for Plaintiffs Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown Churchill, Hunt, and Kelly*

cc:  F. Franklin Amanat (via CM/ECF and email)
     Eric B. Beckenhauer (via CM/ECF and email)
     Michael Shumsky (via CM/ECF and email)
     Steven Menashi (via CM/ECF and email)