LAW OFFICES
## PARTNERSHIP FOR CIVIL JUSTICE FUND
617 FLORIDA AVENUE, NW
WASHINGTON, D.C. 20001

CO-FOUNDERS:
CARL MESSINEO*
MARA VERHEYDEN-HILLIARD*
*ADMITTED IN D.C. AND N.Y.

TELEPHONE: (202) 232-1180
FACSIMILE:  (202) 747-7747

August 20, 2013

**VIA ELECTRONIC COURT FILING**
**AND ELECTRONIC MAIL**

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Tummino, et al. v. Hamburg, et al.*
              Case No. 12-CV-763 (ERK/VVP)

Dear Judge Korman:

      On July 30, 2013, the U.S. Court of Appeals for the Second Circuit ("Second Circuit") So Ordered and issued the mandate for the Stipulation of the parties concerning the appeal filed by the Defendants in above-referenced matter. The Stipulation provided that Defendants voluntarily dismissed, with prejudice, the appeal of this Court's April 5, 2013, Memorandum and Order and Final Judgment and that Plaintiffs would seek fees and costs, including related to the appeal, from the United States District Court for the Eastern District of New York fees to the extent available under the Equal Access to Justice Act, 28 U.S.C. § 2412, or under any other appropriate statute or authority. *See* Ex. 1. The stipulation also provided that Defendants may oppose any such petition.

      Accordingly, after having conferred with Defendants' counsel, Plaintiffs submit the following proposed briefing schedule on our pending Motion for Attorneys' Fees and Costs (ECF No. 97) for the Court's review. The parties propose the following briefing deadlines which will provide time for discussion among the parties to try to resolve the matter of attorneys' fees and costs without the need for judicial involvement:

| | |
|---|---|
| October 4, 2013 | Plaintiffs' Memorandum and Exhibits in Support of Motion |
| November 4, 2013 | Defendants' Memorandum and Exhibits in Opposition |

November 26, 2013        Plaintiffs' Reply in Support of Motion

Thank you for Your Honor's attention concerning this matter.

                                        Respectfully submitted,

By:   /s/ Andrea Costello
       **ANDREA COSTELLO***
       Partnership for Civil Justice Fund
       617 Florida Avenue, NW
       Washington, D.C. 20001
       (202) 232-1180 (phone)
       (202) 747-7747 (fax)
       ac@justiceonline.org

*Attorney for Plaintiffs Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown, Churchill and Hunt*

**Admitted Pro hac vice*

**JANET CREPPS***
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3600

*Attorneys for all Plaintiffs*

**KIRSTEN CLANTON***
Southern Legal Counsel, Inc.
1229 NW 12th Ave.
Gainesville, FL 32601
(352) 271-8890

*Attorneys for Plaintiffs Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown Churchill, Hunt, and Kelly*

cc:    F. Franklin Amanat (via CM/ECF and email)

2

Eric B. Beckenhauer (via CM/ECF and email)
Michael Shumsky (via CM/ECF and email)
Steven Menashi (via CM/ECF and email)