IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ANNIE TUMMINO, *et al.*,

        Plaintiffs,

                            No. 12-CV-0763 (ERK/VVP)

v.

MARGARET HAMBURG, *et al.*,

        Defendants.

---------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS[1]**

      PLEASE TAKE NOTICE that upon the Declarations in Support of Plaintiffs' Motion for Attorneys' Fees and Costs and Exhibits attached thereto, and Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees and Costs, on a date and at a time to be set by the Court, or as soon thereafter as counsel can be heard, in the Courtroom of the Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, Plaintiffs will move this Honorable Court for entry of an Order granting Plaintiffs' Motion for Attorneys' Fees and Costs in this action.

Dated: October 11, 2013                    Respectfully submitted,

                                            /s/ Andrea Costello
                                            **ANDREA COSTELLO***
                                            Partnership for Civil Justice Fund

---

[1] Plaintiffs file this Notice of Motion *nunc pro tunc*. Plaintiffs' Motion for Attorneys' Fees and Costs, and for Enlargement of Time to File Petition or, Alternatively, to Stay This Motion Until Resolution of all Post-Judgment Requests for Relief was filed on May 9, 2013. (ECF No. 97.) Plaintiffs hereby incorporate that motion by reference with appropriate amendments to the estimates of the reasonable number of hours and costs as explained in Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees and Costs filed contemporaneously herewith.

617 Florida Avenue, NW
Washington, D.C. 20001
(202) 232-1180 (phone)
(202) 747-7747 (fax)
ac@justiceonline.org

*Attorneys for Plaintiffs Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown Churchill, Hunt, and Kelly*

*Admitted *pro hac vice*

**JANET CREPPS***
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3600
JCrepps@reprorights.org

*Attorneys for all Plaintiffs*

**KIRSTEN CLANTON***
Southern Legal Counsel, Inc.
1229 NW 12th Ave.
Gainesville, FL 32601
(352) 271-8890
kirsten.clanton@southernlegal.org

*Attorneys for Plaintiffs Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown Churchill, Hunt, and Kelly*

*Admitted *pro hac vice*