

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201-1820*

December 4, 2013

**BY ELECTRONIC COURT FILING**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Tummino v. Hamburg, No. 12-CV-0763 (ERK/VVP)

Dear Judge Pohorelsky:

    We write with the consent of the plaintiffs in the above-referenced matter to respectfully request a modification to the briefing schedule as to plaintiffs' motion for attorneys' fees and costs (ECF Nos. 97 and 111-125), which Judge Korman has referred to your Honor. Under the current schedule, the government's brief in response to plaintiffs' motion is due tomorrow, December 5, with plaintiffs' reply papers due by December 27. The parties are engaged in active discussions aimed at amicably resolving the fee dispute, and both sides believe it would be advisable to push back the briefing schedule for a couple of weeks to allow those discussions to continue and hopefully to bear fruit.

    Accordingly, with the consent of counsel for plaintiffs', we respectfully request that the remainder of the briefing schedule for plaintiffs' fees motion be set as follows:

| | |
|---|---|
| Government's Papers in Opposition to the Motion | December 20, 2013 |
| Plaintiffs' Reply Papers in Support of Motion | January 10, 2014 |

    This is the third modification of the original briefing schedule sought by the parties. By letter motion filed on October 3 (ECF No. 110), plaintiffs first requested that the original briefing schedule be modified (which request was granted by order dated October 7). By letter filed on October 22 (ECF No. 126), the parties jointly requested a second modification to the current briefing schedule, which this Court endorsed on October 23.

Hon. Viktor V. Pohorelsky, United States Magistrate Judge
*Tummino v. Hamburg*, No. 12-CV-0763 (ERK/VVP)
December 4, 2013
Page 2

    We appreciate the Court's time and continued attention to this matter.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:    /s/ {FILED ELECTRONICALLY}
        F. FRANKLIN AMANAT (FA6117)
        Senior Counsel
        (718) 254-6024
        franklin.amanat@usdoj.gov